# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO ARZATE-REYES,<br><br>  Petitioner,<br><br>  v.<br><br>MERRICK GARLAND, et al.,<br><br>  Respondents. | Case No. 1:21-cv-00699-NONE-EPG-HC<br><br>ORDER DIRECTING ATTORNEY JESSICA SMITH BOBADILLA TO SUBMIT PETITION TO PRACTICE IN EASTERN DISTRICT OF CALIFORNIA OR *PRO HAC VICE* APPLICATION WITHIN FOURTEEN DAYS |

Petitioner Ignacio Arzate-Reyes, represented by counsel, is proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 28, 2021, this case was transferred to this Court from the United States District Court for the Northern District of California. (ECF No. 11). The docket reflects Attorney Jessica Smith Bobadilla as an attorney of record for Petitioner. On April 30, 2021, the Clerk of Court issued a notice directing Attorney Smith Bobadilla to submit a petition to practice in the Eastern District of California.[1] (ECF No. 12). To date, the Court has not been able to locate any record that Attorney Smith Bobadilla is admitted to the Bar of this Court, and she has not filed an application to appear *pro hac vice*.

Local Rule 180 governs admission of attorneys to practice before this Court. "Admission to and continuing membership in the Bar of this Court are limited to attorneys who are active

---

[1] The notice was served by mail on May 7, 2021.

1

members in good standing of the State Bar of California." L.R. 180(a). Each applicant for admission must present to the Clerk a Petition by Attorney for Admission to Practice before the Eastern District which complies with the requirements of Local Rule 180(a). Attorneys who are not active members in good standing of the State Bar of California may, upon application and in the discretion of the Court, be permitted to appear and participate in a particular case *pro hac vice*. L.R. 180(b)(2).

Accordingly, within fourteen (14) days of the date of service of this order, Attorney Smith Bobadilla must submit either a petition to practice in the Eastern District of California or an application to appear *pro hac vice*. In the event that Attorney Smith Bobadilla fails to comply with this order, she will be removed as counsel of record.

The Clerk of Court is further directed to serve a copy of this order on Jessica Smith Bobadilla at the Law Office of Jessica Smith Bobadilla, 2300 Tulare Street, Suite 235, Fresno, CA 93721.

IT IS SO ORDERED.

Dated: **May 20, 2021**           /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE