# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO ARZATE-REYES,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>Respondents. | Case No. 1:21-cv-00699-NONE-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO REMOVE ATTORNEY JESSICA SMITH BOBADILLA AS COUNSEL OF RECORD |

Petitioner Ignacio Arzate-Reyes, represented by counsel, is proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 28, 2021, this case was transferred to this Court from the United States District Court for the Northern District of California. (ECF No. 11). The docket reflects Attorney Jessica Smith Bobadilla as an attorney of record for Petitioner. On April 30, 2021, the Clerk of Court issued a notice directing Attorney Smith Bobadilla to submit a petition to practice in the Eastern District of California. (ECF No. 12). On May 20, 2021, the Court ordered Attorney Smith Bobadilla to submit either a petition to practice in the Eastern District of California or an application to appear *pro hac vice* within fourteen days of the date of service of the order. (ECF No. 18).

To date, Attorney Smith Bobadilla has not submitted either a petition to practice in the Eastern District of California or an application to appear *pro hac vice*, and the time for doing so has passed.

1

Accordingly, the Clerk of Court is HEREBY DIRECTED to remove Attorney Jessica Smith Bobadilla as counsel of record.

IT IS SO ORDERED.

Dated:   **June 10, 2021**                    /s/ Eric P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE