PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO AZARTE-REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTY WILKINSON, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-699 NONE EPG<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL** |

The parties hereby stipulate to dismissal of this action in its entirety, without prejudice, as petitioner Ignaico Azarte-Reyes has been released from immigration custody.

Dated: July 1, 2021        Respectfully submitted,

                  s/ Audrey B. Hemesath
                  AUDREY B. HEMESATH
                  Assistant United States Attorney

                  s/ Roger Bonakdar
                  ROGER BONAKDAR
                  Attorney for the Plaintiff

**ORDER**

In light of the parties' stipulation, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **July 12, 2021**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE